UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK       Attorney: JFI - 97

---

CHRISTOPHER FUGELSANG

Plaintiff(s)

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK

Defendant(s)

---

Index #: 1:23-CV-08332-RML

Date Filed:

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on December 14, 2023 at 02:32 PM at

100 CHURCH STREET
NEW YORK, NY 10007

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH JERRY BRADSHAW, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| MALE | BLACK | BALD | 57 | 5'6 | 200 |

GLASSES

RECEIVED DEC 27 2023 PRO SE OFFICE

ORIGINAL

Sworn to me on:  December 14, 2023

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2026

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2025

Gotham Process Inc.
Lic. 1251720-DCA
299 Broadway
New York NY 10007

**SIEH CLARK**
License #: 2066971-DCA

Docket #:       *1277875*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

| | | |
|---|---|---|
| Christopher Fugelsang | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  1:23-cv-08332-RML |
| v. | ) | |
| The Department of Education of The City of New York | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The Department of Education of the City of New York
65 Court Street
Brooklyn, NY 11201

*[stamp: 2023 DEC 14 P 2: 34]*

*[stamp: CITY OF N.Y. LAW DEPT. OFFICE OF CORP. COUNSEL COMMUNICATIONS UNIT]*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Pro se Petitioner

Christopher Fugelsang
216 Beach Breeze Pl
Arverne, NY 11692

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

Date:      11/09/2023

ORIGINAL

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

Christopher Fugelsang )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:23-cv-08332-RML
The Department of Education of The City of New York )
)
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     *The Department of Education of the City of New York*
65 Court Street
Brooklyn, NY 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Pro se Petitioner

*Christopher Fugelsang*
216 Beach Breeze Pl
Arverne, NY 11692

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRENNA B. MAHONEY**
*CLERK OF COURT*

Date: _____11/09/2023_____     _____
*Signature of Clerk or Deputy Clerk*