**CHRISTOPHER FUGELSANG**
Plaintiff Pro Se
216 Beach Breeze Pl Apt. 2
Arverne, NY (718) 928 - 4483
cfugelsang@gmail.com

**BY ECF TO PRO SE DESK**

**FILED**
May 6, 2024, 3:49 PM
in the Clerk's Office
U.S. District Court,
EDNY, Brooklyn
Pro Se Office via
Box.com

Honorable Judge LaShann Dearcy Hall  May 6, 2024
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Fugelsang v New York City Department of Education</u>
23-CV-08332 (LDH)

Dear Judge Dearcy Hall,

I, Christopher Fugelsang, am the Plaintiff Pro Se in the above captioned case. I am writing this letter to respectfully ask for a Motion schedule for the Defendant's Motion To Dismiss and my Opposition, or a denial of Defendant's motion and/or scheduling of a settlement conference.

On March 5, 2024, my letter opposing the Defendant's request for a pre-motion conference was docketed (Docket #12) and on the same day your Honor was assigned this case for all further proceedings.

I have not received any response from your Honor since you took on my case. Therefore, I respectfully request a response as to scheduling the Motion papers without a pre-motion conference, leave for me to Amend my Complaint to provide you with additional and/or sufficient facts upon which relief may be granted, or an Order to have all parties go into settlement discussion.

I am sending via mail and email a copy of this letter to the Defendant's Attorney Shiniqua Charles. Service on the Defendant was completed December 14, 2023 and the Affidavit of Service was filed on December 27, 2023 (Document #9).

Thank you,

/s/*Christopher Fugelsang*
Christopher Fugelsang

CC: Attorney Shiniqua Charles