# Exhibit 6

Christopher Fugelsang
14 Ocean Avenue
Rockaway Point, NY 11697

September 20, 2021

NYC Department of Education
65 Court Street
Brooklyn, NY 11201

To Whom it May Concern:

At the time of writing this letter, I have been an employee of the NYC Department of Education schools for more than 12 years. I have a wife, Catherine Fugelsang and a daughter, Simone Fugelsang, who is 8 years old.

In this letter I would like to share with you my sincere religious faith and how my practice of Catholicism and understanding of Christian teaching has led me to challenge vaccination. I will describe how I arrived at my interpretations. In my adult life, I have never received a vaccination and I continue to hold steadfast in my understanding of biblical and theological teaching on this matter.

I will be including the appropriate information from NY State regarding Religious Waivers to Immunizations. I believe that it is illegal to be removed from my appointed position over my sincerely held religious beliefs.

I have notarized this application and letter. Therefore, I swear all of the contents of this letter are 100% true. NY State law allows an employee to refuse immunization based on a sincere and genuine personal religious belief.

The general public today is often extremely judgmental of people who hold strong religious convictions. Because of this I have felt that it is best to be very private about my beliefs and my decision to pursue a religious waiver. I ask that this application be kept 100% confidential as it contains thoughts and sentiments not shared with others in my workplace or the general public.

People have also been misled about the Catholic Church and vaccination. The media had misinterpreted Vatican comments purportedly showing support for vaccination. Statements from the Vatican and Pontifical Academy for Life were also mere application guidelines. I can provide evidence for that (several pages

1

long). School administrators in NYS must ignore the views of leaders of religious organizations, and instead evaluate the beliefs, and its support, proffered solely by the applicant. NY CLS Pub Health §2164(9) was amended in 1989, because the prior statute authorized schools to judge the correct interpretation of scripture by one cleric over another. See: Sherr and Levy v. Northport East-Northport Union Free School District, 672 F. Supp. 81
(E.D.N.Y. 1987).

Catholics who wish to refuse vaccines have a tenet of the Roman Catholic Church to justify it—Moral Conscience. Moral Conscience supersedes application guidelines, and it is reiterated in the opening pages of the Catechism, in which a letter signed by Pope John Paul II, reads that the book is a sure teaching norm of the faith—which makes it a rock solid tenet that must be obeyed. In fact, Liberty Counsel—a legal foundation in Florida which files lawsuits involving freedom of religion—had argued the Catechism's support of conscience to win its appeal in a religious exemption case in Arkansas, which cited immoral vaccines via aborted fetal cell lines.

This is the Catholic Church's actual position on vaccines:

https://www.vatican.va/roman_curia/congregations/cfaith/documents/rc_con_cfaith_doc_20201221_nota-vaccini-anticovid_en.html

Specifically, the Vatican says "*practical reason makes evident that vaccination is not, as a rule, a moral obligation and that, therefore, it **must be voluntary**…. Those who, however**, for reasons of conscience, refuse vaccines produced with cell lines from aborted fetuses**, must do their utmost to avoid, by other prophylactic means and appropriate behavior, becoming vehicles for the transmission of the infectious agent.*

As instructed in Catholic Doctrine, in Dignitas Humanae, Pope Paul VI wrote in 1965: "It is through his conscience that man sees and recognizes the demands of divine law. He is bound to follow this conscience faithfully in all his activity so that he may come to God, who is his last end."

Growing up in a devout and traditional Catholic family, these values were instilled in me at a young age. My father was a deacon in the Church and my mother, my 4 brothers and I attended mass on Sundays and on Holy Days. I was an altar boy and served with my father each week at the 8:30 AM mass at St. Agatha's Parish in Brooklyn, New York. I received all the required Sacraments. Concurrently, I attended elementary school at St. Catherine of Alexandria from Grades 1-8. During this period of time, my family would come together several times a week to pray the Rosary, read scripture, and learn about Catholic teachings. At school one of my favorite subjects was religion class. Because

2

my family practiced our faith, in depth, at home, I was always confident in my ability to understand deep theological ideas and discuss them with my peers and teachers.

When I was 10 years old, a specific incident happened to me that solidified and deepened my personal relationship with God. I woke up in the middle of the night with a nosebleed as I often did at that age. I walked through the kitchen to inform my mother of the situation and on the way came face to face with a burglar! I was so frightened that I ran back into my room and lay in bed thinking my life would end that night. As I lay there bleeding, I prayed longer and harder than I ever had before and in that moment I realized my ability to have a direct and profound relationship with my Lord and to call on Him in a time of need. I laid in bed in incessant prayer for over 3 hours until my father awoke. That morning we discussed what had happened and prayed together. My parents lovingly helped me to process the traumatic event and we concluded that we must pray for the man who was so desperate to attempt to steal from us. In my classroom that day, during morning prayers, I requested a special intention for that man to change his sinful path and forgave him. That day, I was forever changed and committed to a life of prayer and spiritual discernment.

I continued on to Catholic High School (St. Edmund Prep, Brooklyn) where I spent four years, and chose above all other schools a Catholic College (Saint Anselm College, NH). During this time I continued to explore my faith and became close with many of my Catholic classmates and the Priests and Brothers of the Benedictine Order who lived on campus. I took courses in Biblical Theology, Christian Moral Life, & Christian Social Ethics which helped form my current beliefs on starting a family, raising children, and following a moral and righteous life in the teachings of the Church. During college is when I first felt the call to a Religious Vocation. I obtained the support of a Spiritual Director which led me on a path to several years of volunteer service and conversations with several different Religious Orders. My first volunteer trip was to the Juarez-El Paso border where we learned about the struggle of the migrant families and the difficult crisis at the border. The year after college I completed a full year Catholic Volunteer program called the Jesuit Volunteer Corps in Portland Oregon, where we lived out our Christian Values by practicing poverty, working with the disadvantaged, and living in community. This experience was also transformative in my spiritual growth and allowed me to challenge, explore, and solidify many of the beliefs I have been exposed to in my Catholic upbringing. As a result I was able to come into a stronger Faith in God than I ever had been previously.

As my volunteer year in Portland came to an end in 2003, I decided to return to my hometown of Brooklyn, NY to become a NYC School Teacher with the Teaching Fellows program and continue in discernment to become a Catholic Priest. I believed that my

3

work with children during this process would be giving back to the underprivileged children of my hometown and fulfilling my duty as a Christian, while simultaneously pursuing my vocation. My self-exploration brought me to the final stages of becoming a Maryknoll Missionary Priest. During this time I was also feeling called to a life of marriage and I wondered if God wanted me to have children. After another year of discernment, I came to the realization that joining a Religious Order was not what God had planned for me. I had developed a love for my job and began a relationship with someone I wanted to marry and started a family. I married my wife Catherine in 2009 and we had our only child, Simone who we are also raising in the Catholic Faith. Simone just received her First Communion this past May.

As a school teacher in NYC, I always felt that I was fulfilling a vocation, not just a career. My work with children has always been in direct alignment with my Catholic upbringing. In my classroom, I aim to create relationships and bonds with students encouraging them, above all else, to become individuals with strong moral character.

I think it's safe to say that my Catholic Faith has shaped who I am and has brought me to a greater understanding of a God I personally know. An all-powerful God of love, healing, acceptance and forgiveness.

**Turning Away From Vaccination**

My current beliefs continue to be highly influenced by my Catholic upbringing, however as I have grown in my faith, my beliefs have become more refined and traditional over the years and seem to misalign with some of the current stances taken by Catholic Religious leaders. I remain true to many of my Catholic fundamental core values, but I diverge in my sincerely held belief that abortion is murder and aborted fetal cells should never be used in medical procedures or their testing of medicines or vaccines.

I came to learn that many vaccines contain aborted fetal and animal cells when I had a conversation with my brother in December 2020, when the first doses of the COVID-19 Vaccine became available to the public. He informed me of this fact during a family gathering and presented some convincing arguments that shocked me and my other family members. Shortly thereafter, I decided to do some in depth research of my own. Below are some of the links to the information that I researched that prove this information to be validated. After reading this, I decided that under no circumstance could I knowingly take a vaccine that uses aborted fetal cells. Doing so would put me in a state of grave sin and jeopardize my salvation.

https://cogforlife.org/wp-content/uploads/Abortion-Tainted-Vaccines.pdf

4

https://s27589.pcdn.co/wp-content/uploads/2020/12/CHART-Analysis-of-COVID-19-Vaccines-02June21.pdf

https://catholiccitizens.org/issues/abortion-stem-cells-derived-from/94529/verify-yes-johnson-johnson-used-aborted-fetal-cell-lines-in-its-creation-of-the-covid-19-vaccine/

https://www.gmp-creativebiolabs.com/per-c6-cell-lines_74.htm

These are heinous practices. These babies were alive when their organs were extracted.

https://www.catholiceducation.org/en/controversy/abortion/exploring-the-dark-world-of-vaccines-and-fetal-tissue-research-part-1.html

This practice is diametrically opposed to my core Catholic value system that by being vaccinated with any of the available COVID-19 vaccines, I would be cooperating with and complicit in abortion - the ending of an innocent human life - and that such would constitute a sin against God and a violation of His Commandments, for which I would be held morally accountable to God.

As a Catholic, I find it is my moral duty to uphold the traditions, customs, and principles that I, with my extensive Catholic training, see fit. I continue to pray each day that God guides me on the righteous path.

*"Show me the path where I should go, O Lord, show me the right road for me to walk."*
Psalms 25:4

As in all prior experiences in my life, at times of uncertainty, I put my trust in God above all else. I believe God is showing me the path to walk on and I ask myself "who am I" to turn my back on his direction for me during these confusing times. With so much conflicting information from myriad sources, it is impossible to rely on anyone but God to show me the way.

**Your Bodies Are Temples Of The Holy Spirit**

I found online several medical sources which confirm that blood cell elements remain in all vaccines marketed in the US.

https://www.fda.gov/BiologicsBloodVaccines/ucm133705.htm
http://medcraveonline.com/IJVV/IJVV-04-00072.pdf
http://info.cmsri.org/the-driven-researcher-blog/dirty-vaccines-new-study-reveals-Prevalence-of-contaminants

5

https://www.cdc.gov/vaccines/pubs/pinkbook/downloads/appendices/b/excipient-table-2.pdf

That is why vaccination contradicts Christian teaching. Injecting these animal blood products directly into a person's body is a defilement. The Holy Spirit dwells in our body. This is a divine mystery and teaches us about our connectedness to God. "Do you not know that your bodies are temples of the Holy Spirit, who is in you, whom you have received from God? You are not your own; you were bought at a price. Therefore honor God with your bodies." (1 Corinthians 6:19-20) Because our human bodies are temples for the Holy Spirit, the way in which we care for our bodies is of the utmost importance. We must look to the bible on this matter, in which there is a lot of wisdom and guidance about the care of our bodies and the ways to keep our blood pure.

Blood has a very special place in the teachings of God. Blood is considered sacred and holy and is also considered to be "life" in the bible. The Bible tells us not to mix our blood with foreign blood. We have to keep our blood clean. "For the life of a creature is in the blood, and I have given it to you to make atonement for on the altar; it is the blood that makes atonement for one's life." (Leviticus 17:11) The relationship between "blood" and "life" is highlighted here and a parallel drawn between the pure and the impure, the sacred and the profane, the clean and polluted. Our blood must be kept pure for us to be in compliance with this teaching. Allowing our blood to be mixed with foreign blood cells is, therefore, not to be sanctioned.

"This is a lasting ordinance for the generations to come, where ever you live: you must not eat any fat or any blood." (Leviticus 3:17) Again here we see an order instructing us to keep our blood pure by refraining from taking "other" blood into our bodies. This again implies that our blood should not be contaminated by outside sources such as the blood of animals.

Mosaic Law or the system of laws that was given to Moses by God, is the law of life for all people. When reading this law, the key issue is that the blood of any creature must not be consumed, so it stands to reason that it may certainly not be injected directly into our bodies. Doing so is a joining of the unclean with the clean sanctified blood, an act of pollution. There are no greater restrictions on unholy mixing than there are for blood. "You shall not eat anything with the blood: Neither shall you use enchantment, nor observe times." (Leviticus 19:26) This law is so serious that even non-Jews were not allowed to eat the blood. "Therefore, I have said to the people of Israel, No person among you shall eat blood, neither shall any stranger who sojourns among you eat blood." (Leviticus

6

17:12) Once again, this passage prohibits the consumption of blood, a theme that is repeated frequently in the Holy Scriptures. Additionally, no animals qualified as an exception to the law: "Moreover you shall eat no manner of blood, whether it be foul or of beast, in any of your dwellings." (Levitcus 7:26)

Another verse which speaks on this issue tells us "...since the life of every living body is in its blood, anyone who partakes of it shall be cut off." (Leviticus 17:14) This is a very clear direction from God to avoid this defilement of the blood, and speaks of the very dire consequences for disobeying. We are also told ..."to abstain from meat sacrificed to idols, from blood, from meats of strangled animals, and from unlawful marriage. If you keep from these, you will be doing what is right." (Acts 15:29) I feel that this last quote contains some very specific instructions on living your life in accordance with biblical teachings.

I would like to speak more about the issue of the sacredness of human blood, as I feel that it is vital to my beliefs. Human blood is sacred. The bible instructs us to keep our bodies pure and holy. "Follow God your Lord, remain in awe of him, keep his commandments, obey and serve him and you will then be able to cling to him. The physical body is the form which houses the lofty soul and therefore must also remain holy and pure and God would keep the body healthy without defilement, you must be holy, since I am God your Lord, and I am holy." (Leviticus 19:11)

That passage again refers to the physical body as the "house" or "temple" for the soul. Of course, if the body is the house, the blood is the life force that continuously circulates to bring purity and remove waste from the human body. Biblically, Human blood was to be kept pure under all circumstances and free of contaminants like animal parts and animal blood which would serve to pollute the soul's temple.

Hundreds of references to the sanctity of blood can be found throughout the Bible, not only in the Old Testament but in the New Testament as well. Blood, above all other parts of the body, is considered the most sacred. Blood was shed by Jesus Christ to atone for the sins of mankind and was spilled as a way to seal the covenants with God. "And he said to them, this is my blood of the covenant, which is poured out for many." (Mark 14:24) Here blood is depicted as not only an element of sacredness but as a metaphor for the purification of sin.
In the New Testament we see the topic of blood referenced often. Jesus Christ who is God in human form, has blood which is pure and can cleanse us of our sins. This is the miracle of Christ which was done for his followers. "How much

7

more, then, will the blood of Christ, who through the eternal Spirit offered himself unblemished to God, cleanse our consciences from acts that lead to death, so that we may serve the living God!" (Hebrews 9:14) It is with the coming of Christ that blood becomes a transformative element.

For Catholics the Eucharist is the Sacrament in which we consume the body and blood of Christ. It is His blood and His blood alone which cleanses us. The Eucharist sacrament strengthens and nourishes the faithful in mind and spirit as we eat the body and drink the blood of Christ. It is through the Eucharist that we become united with Christ through his humanity. "Whoever eats my flesh and drinks my blood remains in me and I in him. (John 6:56) We may achieve salvation through the body and blood of Christ.

Our Lord sacrificed his body and blood so that he might save our souls. Jesus' blood was untainted. Through Him with Him and in Him we may achieve salvation, and through His blood we may be reconciled with God the Father. This is why it is so important to keep our own blood pure. One of my favorite bible passages is the sharing of the first communion during the last supper, when Jesus ate his last meal with his apostles. During this special meal, Jesus said "Take this all of you and eat from it. This is my body which shall be given up to you. Take this all of you and drink from it. This is the cup of my blood, the blood of the new and everlasting covenant. It will be shed for you and for all so that sins may be forgiven. Do this in memory of me." (Matthew 26:23-24)

The human body, made in God's image, is perfect. I didn't know it at the time but this is what I was realizing when I was spending time with those small babies in Haiti. In their innocence their little bodies were the perfect temples of The Holy Spirit. We as human beings cannot improve upon what God has made. The Mrna vaccines insert a genetic code into our bodies. This is a code that we were not born with, a code that was not made by God.

https://www.cdc.gov/coronavirus/2019-ncov/vaccines/different-vaccines/mRNA.html?s_cid=11347:%2BmRNA%20%2Bvaccine:sem.b:p:RG:GM:gen:PTN:FY21

To accept this synthetic code is telling God that He did not make us perfectly, that we need to be improved, and that science can do that. This is unacceptable to me because I do believe that everything God has made is indeed perfect.

The defilement of human blood is a dismissal of god as is clearly stated repeatedly in The Bible. Blood is the holiest component of our bodies and must remain free from impurities. This leads me to my second revelation about the sinfulness of

8

vaccination.

**You Cannot Worship Two Gods**

My research ultimately led me to one other issue with vaccination that makes it incompatible with my Faith in God. Vaccination is unique among medical procedures, in that it alters our precious blood in order to improve upon God's creation. The practice of vaccination presumes that God's perfect creation does not have the resources to deal with disease. Vaccinating a perfectly healthy child is rejecting God's wisdom and instead seeks refuge in modern medicine.
In the Bible we are promised good health through living righteously in accordance with scripture. The prophylactic intervention of vaccination in a healthy individual is demonstrative of a lack of faith in God. It is also demonstrative of a lack of faith in His power. It is stated "And on the basis of faith in His name, it is the name of Jesus which has strengthened this man whom you see and know; and the faith which comes through Him has given Him this perfect health in the presence of you all." (Acts 3:16)

The Bible teaches us that there is a very close correlation between body and soul. In fact these two elements of our humanity are closely interrelated. What happens to one will affect the other. A sickness of the soul, such as sin, may manifest itself outwardly through sickness in the body. Belief in Christ is the foundation upon which we place our faith and have hope for protection from God in all aspects of our life. This includes maintaining good health. If, instead of our faith in Jesus Christ, we place our faith for good health in vaccination, then one does not have faith in God, but places his faith upon a manmade invention. Not in God's power. God did not make a mistake when creating us. He did not make us deficient. God's creation is perfect and does not need to be improved upon with vaccines to boost an inadequate or flawed immune system. "But as it is, God arranged the members in the body, each one of them, as he chose." (1 Corinthians 12:18)

Since God is omniscient, He knew that we would face illnesses and diseases. He equipped us with more than adequate bodies to live in this world including all it needs to function, fight infections, and build immunity. God's design is not to be questioned and does not need man's improvements. "For who has known the mind of the Lord so as to instruct him?" (1 Corinthians 2:16)

Modern medicine makes the claim that vaccination is a "superior" protection capable of bestowing salvation over those who accept it. However, I believe that human beings are not capable of improving upon God's creation. We learn in the

9

bible that God is perfect. "So God created man in His own Image, in the Image of God He created him." (Genesis 1:27) Therefore, because God is perfect and we are created in his image, human beings are also perfect.

It sometimes feels that in our modern society doctors have taken the place of priests and medicine has replaced religion. People accept what their physicians say as gospel. These physicians tell us that everyone needs to be vaccinated in order to eradicate disease. The issue with this lies in the fact that medical science is a continually evolving field. Many of the medical practices of the past that were thought to be man's salvation have been debunked as new developments and findings replace the old ones. Ultimately the bible tells us to place our faith in the lord, and not in mankind. "That your faith should not be in the wisdom of men but in the power of God." (1 Corinthians 2:5)

I would like to return to a point I spoke on briefly, earlier. I have no problem with modern medicine in general. I have a personal general Practitioner, who I have been with for many years and for whom I have a vast amount of respect. His opinions and advice mean a great deal to me. The issue here, for me, lies in the fact that vaccination is different from other medical procedures. Vaccination, and not ordinary medical treatments permanently changes the composition of our blood, to repair what a perfect God "supposedly" could not accomplish on his own. I cannot accept that, and I believe that no person of faith could. Vaccination is quite different from taking medication for a fever or putting a cast on a broken limb as those interventions are attempting to return the body to its natural state, while vaccination is altering the body from the way that God made it.

Making the choice not to get vaccinated and to go against what mainstream society has deemed to be important has been a very difficult decision for my family, filled with stress and many sleepless nights. I've taken comfort in the following passage many times. "Whoever knows what is right to do and fails to do it, for him it is sin." (James 4:17) Sometimes we may have to follow a different path if we wish to walk in the footsteps of Christ.

Each night before we go to sleep, I pray with my daughter. I pray that she will be full of health, kindness, creativity, and that she will change this world for the better. When she sick, I make informed decisions about their health by seeking the medical advice of her pediatrician when necessary. My actions remain in line with my religious beliefs. At night I also pray for guidance from God. I seek His guidance in my decisions for the care of my family and myself in all areas of my life. I pray that my faith will guide my conscience and help me make

important choices. I seek God's will in accordance with his law. Getting vaccinated would be compromising my relationship with the Lord. "He who acts against his conscience loses his soul." (Fourth Lateran Council, 1215)

My life is blessed. I have a wonderful family and job that fulfills me in so many ways. It has become very clear to me that vaccination runs counter to the principles of Christianity, and to allow it would be a breach of my faith. As Catholics, we have been delegated an authority over our own bodies by God and we must exercise it as we see fit.

Not all Catholics will agree with me, but that doesn't make me any less a Catholic. This bishop also disagrees with the church's position. He isn't being excommunicated. I am just as much a Catholic as he is.

https://catholiccitizens.org/issues/church-state-relations/93628/bishop-schneider-on-covid-vaccines-the-ends-cannot-justify-the-means/

I would like to end this letter by assuring you that these beliefs are of a real and very sincere nature. I am respectfully requesting that you grant me an exemption from vaccination and allow me to continue my employment in the NYC Department of Education.

Sincerely,

Christopher Fugelsang

11