# Exhibit 7



**Fathers and Brothers MARYKNOLL**

Catholic Foreign Mission Society of America, Inc.

Vocation Ministries
PO Box 305, Maryknoll, New York 10545-0305
Phone (914) 941-7590   Fax (914) 944-3615
E-mail vocation@maryknoll.org   Web www.maryknollvocations.org

NYC Department of Education
65 Court Street
Brooklyn, NY 11201

September 23, 2021

To Whom it May Concern:

Mr. Christopher Fugelsang of 14 Ocean Way, Rockaway Point. NY has been a teacher in the NYC Department of Education for over 13 years. I have personally known Mr. Fugelsang since the year 2005 when he was discerning a vocation to become a Maryknoll missionary priest. I presided at the baptism of his child. His devotion to the Catholic faith and dedication to the teaching profession is unquestionable.

In his letter to the Department dated September 20, 2021 he has requested a Religious Waiver to receiving the Covid-19 vaccine. In it he states "I would like to share with you my sincere religious faith and how my practice of Catholicism and understanding of Christian teaching has led me to challenge vaccination. I will describe how I arrived at my interpretations. In my adult life, I have never received a vaccination and I continue to hold steadfast in my understanding of biblical and theological teaching on this matter."

Based upon the principle of moral conscience I believe Mr. Fugelsang is most sincere in making this request and ask that you grant that he be able to continue in his teaching position without receiving the vaccination.

Sincerely,

Rev. Michael J. Snyder M.M.
Director of Admissions