**23-CV-08332 (LDH) (LKE)**

_____

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| **CHRISTOPHER FUGELSANG,** | **DECLARATION OF** |
| Plaintiff, | **PLAINTIFF ON THE EXHIBITS SUBMITTED AS MATERIAL FACTS PURSUANT TO RULE 12(b)(6)** |
| -against- | |
| **THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK,** | |
| Defendant | |

_____

Christopher Fugelsang declares as follows, pursuant to 28 U.S.C. § 1746:

1. My name is Christopher Fugelsang and I am the Plaintiff Pro Se in the case cited in the caption above currently in the U.S.D.C. Eastern District with docket #23-cv-08332 (LDH)(LKE)

2. I respectfully submit this Declaration in support of my Complaint and all papers in my case which argue undisputed facts, pursuant to Rule 12(b)(6). I have annexed the following documents in support of my Complaint:

    - **EXHIBIT A**: EEOC Right To Sue Letter
    - **EXHIBIT B:** Religious Exemption Request
    - **EXHIBIT C:** Scheinman Award Sept. 10 2021
    - **EXHIBIT D**: DOE Warning Sept. 28, 2021
    - **EXHIBIT E:** Religious Exemption Denied-Peek

- **EXHIBIT F:** Scher letter re Scheinman Award June 27, 2022

- **EXHIBIT F(a):** Court of Appeals Order 11/28/21

- **EXHIBIT G:** Scheinman Award June 27, 2022

- **EXHIBIT H**: City Appeals Panel Denial

- **EXHIBIT I:** March 17, 2022 Termination

- **EXHIBIT J:** Karen King on Problem Code

- **EXHIBIT K**: Declaration of Betsy Combier + Amato Email

- **EXHIBIT L**: Unemployment Denials

- **EXHIBIT L(a):** Chu UI Success

- **EXHIBIT M**.: Graff Letter on Eichenholtz

- **EXHIBIT N**: Rights of Tenured Teachers

- **EXHIBIT O:** Rubber Homes – NY POST

- **EXHIBIT P:** Reassignment to Home

- **EXHIBIT Q:** March 20, 2020 MOU

- **EXHIBIT R:** Municipal Labor Committee Letter

- **EXHIBIT S**: PERB U-32479 Decision

- **EXHIBIT T:** Attorney Black on Mallory Sullivan

Dated: August 11, 2024

*/s/Christopher Fugelsang*
**Christopher Fugelsang**